UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| WOODROW J. LANE TRUST, an Indiana Trust, | |
| and | |
| BETTY L. LANE TRUST, an Indiana Trust, | |
| Defendants. | |

CASE NO.: 1:17-cv-00781-LSA-DML

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AARON'S, INC.

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action as to Defendant AARON'S, INC. without prejudice.

Respectfully Submitted,

KU & MUSSMAN, P.A.

By: *Louis I. Mussman* .
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

and

Eric C. Bohnet, Esq.

1

Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana  46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2017, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, and will be personally served upon Woodrow J. Lane Trust, through its trustee c/o Richard Lane, 3146 Harding Street, Indianapolis, IN 46217 and Betty L. Lane Trust, through its trustee c/o Richard Lane, 3146 Harding Street, Indianapolis, IN 46217.

By:     *Louis I. Mussman*          .