UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 1:17-cv-00781-LSA-DML ) |
| WOODROW J. LANE TRUST, an Indiana Trust, | ) ) ) ) |
| and | ) ) |
| BETTY L. LANE TRUST, an Indiana Trust, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all material issues in this case. The parties are currently in the process of obtaining client signatures and hope to file a joint stipulation for dismissal within ten (10) days. The parties further request that the Court adjourn all upcoming conferences and deadlines while they finalize their agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Louis I. Mussman* | */s/ Anthony S. Ridolfo* |
| Louis I. Mussman, Esq. | Anthony S. Ridolfo, Esq. |
| Bar No. 597155 | Bar No. 22824-49 |
| Ku & Mussman, P.A. | Steven T. Henke, Esq. |
| 18501 Pines Boulevard, Suite 209-A | Bar No. 33708-32 |
| Pembroke Pines, FL 33029 | Hackman Hulett LLP |
| Tel: (305) 891-1322 | 135 N. Pennsylvania Street, Suite 1610 |
| Fax: (305) 891-4512 | Indianapolis, IN 46204 |
| Louis@KuMussman.com | Tel: (317) 636-5401 |

1

| | |
|---|---|
| and | Fax: (317) 686-3288<br>shenke@hhlaw-in.com<br>aridolfo@hhlaw-in.com |
| Eric C. Bohnet, Esq.<br>Attorney No. 24761-84<br>Attorney at Law<br>6617 Southern Cross Drive<br>Indianapolis, Indiana  46237<br>Tel: (317) 750-8503<br>ebohnet@gmail.com | *Counsel for Defendants*<br>*Woodrow J. Lane  and*<br>*Betty L. Lane Trusts* |

*Counsel for Plaintiff*
*Dennis Tooley*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Anthony S. Ridolfo, Esq.
Hackman Hulett LLP
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

By: */s/ Louis I. Mussman*
Louis I. Mussman