UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DENNIS TOOLEY,<br>an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:17-cv-00781-LSA-DML |
| | ) | |
| WOODROW J. LANE TRUST,<br>an Indiana Trust, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BETTY L. LANE TRUST,<br>an Indiana Trust, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, Woodrow J. Lane Trust and Betty L. Lane Trust, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully submitted,                         Respectfully submitted,

By: _/s/ Louis I. Mussman_____        By: /s/ Anthony S. Ridolfo_____
      Louis I. Mussman, Esq.                     Anthony S. Ridolfo, #22824-49
      Bar No. 597155                                  Steven T. Henke, # 33708-32
      Ku & Mussman, P.A.                          HACKMAN HULETT LLP
      18501 Pines Boulevard, Suite 209-A    135 N. Pennsylvania Street, Suite 1610
      Pembroke Pines, FL 33029                  Indianapolis, IN  46204
      Tel: (305) 891-1322                            (317) 636-5401  Telephone
      Fax: (305) 891-4512                            (317) 686-3288  Facsimile
      Louis@KuMussman.com                     shenke@hhlaw-in.com
                                                               aridolfo@hhlaw-in.com

      and                                                 *Counsel for Defendants Woodrow J. Lane*

1

Eric C. Bohnet, Esq.                                    *and Betty L. Lane Trusts*
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana  46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 8th day of January, 2018, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send notification of filing the following

counsel of record:

Anthony S. Ridolfo
Steven T. Henke
HACKMAN HULETT LLP
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN  46204

By: *<u>/s/ Louis Mussman</u>*
     Louis I. Mussman, Esq.